**Russell Charles YOUNG, Appellant,**

v.

**Shirley Ann YOUNG, Respondent.**

**WD 77961**

Missouri Court of Appeals,
Western District.

Order filed: December 8, 2015

Steven B. Salmon, Gladstone, for Appellant.

Cline I. Boone, Kansas City, for Respondent.

Before Division One: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

## ORDER

PER CURIAM:

Russell Young (Husband) appeals the judgment of the trial court dissolving his marriage to Shirley Young (Wife). He claims that the trial court erred in awarding Wife a portion of funds Husband received due to a disability award from the Veterans Administration, in awarding Wife one half of her attorney fees, and in awarding Wife maintenance. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).